UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL A. CHEATHAM,

    Petitioner,                                     Case No. 2:11-CV-457

v.                                                 HON. ROBERT HOLMES BELL

JEFFREY WOODS,

    Respondent.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 4, 2014, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 23) recommending that Petitioner's petition for habeas corpus be denied because Petitioner's claims are procedurally defaulted. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

**IT IS HEREBY ORDERED** that the Magistrate Judge's December 4, 2014, R&R (ECF No. 23) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**.

Dated: January 5, 2015                                /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE